No. 25-12813-A

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Florida State Conference of Branches and Youth Units of the NAACP, et al.,*
Plaintiffs-Appellees,

v.

*Florida Secretary of State, et al.,*
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, No. 4:23-cv-215-MW-MAF
(Walker, J.)

## DEFENDANT-APPELLANT FLORIDA SECRETARY OF STATE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Mohammad O. Jazil
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938

*Counsel for the Florida Secretary of State*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendant-Appellant Florida Secretary of State certifies that the following have an interest in the outcome of this case. Note that "Defendant(s)," as opposed to "Defendants-Appellants," refer to defendants in the case, other than the Florida Secretary of State and Florida Attorney General.

1.     ACLU Foundation of Florida, *Attorneys for Plaintiffs-Appellees*

2.     Adkins, Janet, *Defendant*

3.     Alachua County Attorney's Office, *Attorneys for Defendant*

4.     Alianza Center, *Plaintiff-Appellee*

5.     Alianza for Progress, *Plaintiff-Appellee*

6.     Alicea, Delmarie, *Attorney for Plaintiffs-Appellees*

7.     American Civil Liberties Union Foundation, *Attorneys for Plaintiffs-Appellees*

8.     Andersen, Mark, *Former Defendant*

9.     Anderson, Chris, *Former Defendant*

10.     Anderson, Shirley, *Defendant*

11.     Arnold & Porter Kaye Scholer LLP, *Attorneys for Plaintiffs-Appellees*

12.     Arnold, Melissa, *Former Defendant*

13.     Arrington, Mary Jane, *Defendant*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

14.  Artasanchez, Santiago, *Former Plaintiff*

15.  Babis, Olivia, *Declarant for Plaintiffs-Appellees*

16.  Baird, Maureen, *Defendant*

17.  Bardos, Andy, *Attorney for Defendants*

18.  Barton, Kim, *Defendant*

19.  Beato, Michael, *Attorney for Defendant-Appellant*

20.  Bell, Melony, *Defendant*

21.  Bender, Robert, *Defendant*

22.  Bennett, Michael, *Former Defendant*

23.  Bentley & Bruning, *Attorneys for Defendants*

24.  Bentley, Morgan, *Attorney for Defendants*

25.  Blazier, Melissa, *Defendant*

26.  Bledsoe, William, *Attorney for Defendant*

27.  Bobanic, Tim, *Defendant*

28.  Boettcher, Ellen, *Attorney for Plaintiffs*

29.  Brazil & Dunn, *Attorneys for Plaintiffs in Consolidated Case*

30.  Broward County Attorney's Office, *Attorneys for Defendant*

31.  Byrd, Cord, Florida Secretary of State, *Defendant-Appellant*

32.  Campaign Legal Center, *Attorneys for Plaintiffs in Consolidated Case*

33.  Campbell-Harris, Dayton, *Attorney for Plaintiffs-Appellees*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

34.    Cannon, Starlet, *Former Defendant*

35.    Castor Dentel, Karen, *Defendant*

36.    Cededa Derieux, Adriel, *Attorney for Plaintiffs-Appellees*

37.    Chaires, Darbi, *Defendant*

38.    Chambless, Chris, *Defendant*

39.    Chason, Sharon, *Defendant*

40.    Conyers, Grant, *Defendant*

41.    Copper, Alexandra, *Attorney for Plaintiffs*

42.    Corley, Brian, *Defendant*

43.    Cowles, Bill, *Former Defendant*

44.    Cruz, Roberto, *Attorney for Plaintiffs-Appellees*

45.    Darlington, Andrew, *Declarant for Defendants-Appellants*

46.    Darus, Lisa, *Defendant*

47.    Davis, Ashley, *Attorney for Defendant-Appellant*

48.    Davis, Vicki, *Defendant*

49.    Demos, *Attorneys for Plaintiffs-Appellees*

50.    Diaz, Jonathan Michael, *Attorney for Plaintiffs*

51.    Disability Rights Florida, *Plaintiff-Appellee*

52.    Doe, A, *Former Plaintiff*

53.    Doe, B, *Former Plaintiff*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

54.    Doyle, Tommy, *Defendant*

55.    Driggers, Heath, *Defendant*

56.    Druks, Roni, *Attorney for Plaintiffs-Appellees*

57.    Dunaway, Carol, *Defendant*

58.    Dunn, Chad, *Attorney for Plaintiffs*

59.    Earley, Mark, *Defendant*

60.    Ebenstein, Julie, *Attorney for Plaintiffs-Appellees*

61.    Edwards, Lori, *Former Defendant*

62.    Elliot, Monica, *Declarant for Plaintiffs*

63.    Equal Ground Education Fund, *Former Plaintiff*

64.    Erdelyi, Susan, *Attorne for Defendants*

65.    Erdelyi, Susan, *Attorney for Defendants*

66.    Escambia County Attorney's Office, *Attorneys for Defendant*

67.    Farnam, Aletris, *Defendant*

68.    Farnham, Aletris, *Defendant*

69.    Farrington, Scott, *Defendant*

70.    Ferguson, Robert, *Attorney for Plaintiffs*

71.    Fitzpatrick, Martin A., *U.S. Magistrate Judge*

72.    Florez, Johana, *Declarant for Plaintiffs*

73.    Florida Alliance for Retired Americans, *Plaintiff-Appellee*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

74.    Florida Attorney General's Office, *Attorneys for Defendant-Appellant*

75.    Florida Department of State, *Attorneys for Defendant-Appellant*

76.    Florida State Conference of Branches and Youth Units of the NAACP, *Plaintiff-Appellee*

77.    Freedman, John, *Attorney for Plaintiffs-Appellees*

78.    Galindo, Miranda, *Attorney for Plaintiffs-Appellees*

79.    Garcia, Alina, *Defendant*

80.    Gardner Bist Bowden, *Attorneys for Defendants*

81.    GrayRobinson PA, *Attorneys for Defendants*

82.    Griffin, Joyce, *Former Defendant*

83.    Hankins, Christi Jo, *Attorney for Defendant*

84.    Hanlon, John, *Defendant*

85.    Hanson, Corbin, *Attorney for Defendant*

86.    Hart, Travis, *Defendant*

87.    Hass, Brian, *Defendant*

88.    Hays, Alan, *Defendant*

89.    Healy, Karen, *Defendant*

90.    Healy, Karen, *Defendant*

91.    Henderson Fanklin Starnes, *Attorneys for Defendants*

92.    Hernando County Attorney's Office, *Attorneys for Defendant*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

93.    Herrera-Lucha, Veronica, *Former Plaintiff*

94.    Herron, Mark, *Attorney for Defendant*

95.    Hillsborough County Attorney's Office, *Attorneys for Defendant*

96.    Hispanic Federation, *Former Plaintiff*

97.    Hodie, Sherri, *Defendant*

98.    Hogan, Mike, *Former Defendant*

99.    Holland, Jerry, *Defendant*

100.    Holtzman Vogel Baran Torchinsky & Josefiak, *Attorneys for Defendant-Appellant*

101.    Hoots, Brenda, *Defendant*

102.    Hutto, Laura, *Defendant*

103.    Hutto, Laura, *Defendant*

104.    Jarone, Joseph, *Attorney for Defendant*

105.    Jazil, Mohammad, *Attorney for Defendant-Appellant*

106.    Jonas, Sarah, *Attorney for Defendant*

107.    Jones, Tammy, *Defendant*

108.    Joshi, Raghav Vikas, *Declarant for Plaintiffs-Appellees*

109.    Jouben, Jon, *Attorney for Defendants*

110.    Kahn, Jared, *Attorney for Defendant*

111.    Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

112.    Katzman, Adam, *Attorney for Defendant*

113.    Keen, William, *Defendant*

114.    Keenan, Megan, *Attorney for Plaintiffs-Appellees*

115.    Khanna, Abha, *Attorne for Plaintiffs-Appellees*

116.    King, Blackwell, Zehnder & Wermuth P.A., *Attorneys for Plaintiffs-Appellees*

117.    Kinsey, Jennifer, *Defendant*

118.    Klitsberg, Nathaniel, *Attorney for Defendant*

119.    Knight, Shirley, *Defendant*

120.    Lakin, Sophia, *Attorney for Plaintiffs-Appellees*

121.    Lang, Danielle, *Attorney for Plaintiffs*

122.    Lapinig, Christopher, *Attorney for Plaintiffs*

123.    Latimer, Craig, *Defendant*

124.    Latimer, Craig, *Defendant*

125.    LatinoJustice PRLDEF, *Attorneys for Plaintiffs-Appellees*

126.    Lavancher, Denise, *Defendant*

127.    Lavia III, John, *Attorney for Defendant*

128.    League of Women Voters of Florida Education Fund, Inc., *Plaintiff*

129.    League of Women Voters of Florida, Inc., *Plaintiff*

130.    Leeper, Simone, *Attorney for Plaintiffs*

131.    Leinhart, Kaitlyn, *Defendant*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

132.  Lenhart, Kaiti, *Former Defendant*

133.  Lewis, Lisa, *Defendant*

134.  Link, Wendy, *Defendant*

135.  Lux, Paul, *Defendant*

136.  Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

137.  Marcus, Julie, *Defendant*

138.  Mari, Frank, *Attorney for Defendant*

139.  Marks Gray P.A., *Attorneys for Defendants*

140.  Martinez, Norka, *Former Plaintiff*

141.  May, David, *Defendant*

142.  McCrory, Hill, *Declarant for Plaintiffs*

143.  McNamara, Caroline, *Attorney for Plaintiffs-Appellees*

144.  Meadows, Therisa, *Former Defendant*

145.  Messer Caparello & Self PA, *Attorneys for Defendant*

146.  Messer, Ryan, *Defendant*

147.  Miami-Dade Supervisor of Elections Office, *Attorneys for Defendant*

148.  Milligan, Michelle, *Defendant*

149.  Milton, Christopher, *Defendant*

150.  Mobley, Valerie, *Declarant for Plaintiffs*

151.  Morgan, Joseph, *Defendant*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

152.    Morse, Stephanie, *Attorney for Defendant-Appellant*

153.    Nabors Giblin & Nickerson PA, *Attorneys for Defendant*

154.    Negley, Mark, *Former Defendant*

155.    Nguyen, Phi, *Attorney for Plaintiffs-Appellees*

156.    Nordlund, Jared, *Declarant for Plaintiffs-Appellees*

157.    Nweze, Adora Obi, *Declarant for Plaintiffs-Appellees*

158.    O'Donnell, Renata, *Attorney for Plaintiffs-Appellees*

159.    Oakes, Vicky, *Defendant*

160.    Ochoa, Victoria, *Attorney for Plaintiffs-Appellees*

161.    Office of the General Counsel, City of Jacksonville, *Attorneys for Defendant*

162.    Olivo III, Geraldo, *Attorney for Defendants*

163.    Ortega, Michael, *Attorney for Plaintiffs*

164.    Osborne, Deborah, *Defendant*

165.    Osbourne, Deborah, *Former Defendant*

166.    Overturf, Charles, *Defendant*

167.    Pennock, Amy, *Defendant*

168.    Pettis, Deidra, *Defendant*

169.    Pico, Elizabeth, *Plaintiff-Appellee*

170.    Pierce, Rhonda, *Defendant*

171.    Pinellas County Attorney's Office, *Attorneys for Defendant*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

172.  Pinkstaff, Tiffiny, *Attorney for Defendant*

173.  Poder Latinx, *Former Plaintiff*

174.  Prieto, Humberto Orjuela, *Plaintiff-Appellee*

175.  Reynolds Perez, Devona, *Attorney for Defendant*

176.  Riley, Heather, *Defendant*

177.  Riley, Heather, *Former Defendant*

178.  Roper Townsend & Sutphen, *Attorneys for Defendants*

179.  Rosenthal, Oren, *Attorney for Defendant*

180.  Rudd, Carol, *Former Defendant*

181.  Ruiz, Cesar, *Attorney for Plaintiffs-Appellees*

182.  Rutahindurwa, Makeba, *Attorney for Plaintiffs-Appellees*

183.  Sanchez, Connie, *Defendant*

184.  Sanchez, Esperanza, *Former Plaintiff*

185.  Scott, Dale, *Attorney for Defendant*

186.  Scott, Dale, *Attorney for Defendant*

187.  Scott, Joe, *Defendant*

188.  Seyfang, Amanda, *Defendant*

189.  Shaud, Matthew, *Attorney for Defendant*

190.  Slater, Cynthia, *Declarant for Plaintiffs-Appellees*

191.  Smith, Diane, *Defendant*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

192.  Smith, Diane, *Defendant*

193.  Southerland, Dana, *Defendant*

194.  Stafford, David, *Former Defendant*

195.  Stewart, Gregory, *Attorney for Defendant*

196.  Stinson-Brown, Tomi, *Defendant*

197.  Swain, Robert, *Attorney for Defendant*

198.  Swan, Leslie, *Defendant*

199.  Taghdiri, Pausha, *Attorney for Defendants*

200.  Tartaglia, Melissa, *Attorney for Defendants*

201.  Taylor, Sherry, *Defendant*

202.  Tessitore Mari Scott PLLC, *Attorneys for Defendant*

203.  Tilley, Daniel, *Attorney for Plaintiffs-Appellees*

204.  Todd, Stephen, *Attorney for Defendant*

205.  Turner, Ron, *Defendant*

206.  UnidosUS, *Plaintiff-Appellee*

207.  Uthmeier, James, Florida Attorney General, *Defendant-Appellant*

208.  Valenti, Leah, *Defendant*

209.  Vilar, Marcos, *Declarant for Plaintiffs-Appellees*

210.  Villane, Tappie, *Defendant*

211.  Volusia County Attorney's Office, *Attorneys for Defendant*

*Florida State Conferences of Branches and Youth Units of the NAACP, et al., v. Florida Secretary of State, et al.*

25-12813-A

212.  Voters of Tomorrow Action, Inc., *Plaintiff-Appellee*

213.  Walker, Gertrude, *Defendant*

214.  Walker, Mark E., *U.S. District Court Judge*

215.  Ward, Nina, *Defendant*

216.  Warren, Nicholas, *Attorney for Plaintiffs-Appellees*

217.  Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

218.  Wertz, Debbie, *Defendant*

219.  White, Christina, *Former Defendant*

220.  Wilcox, Wesley, *Defendant*

221.  Williams, H. Russell, *Defendant*

222.  Williams, Kenya, *Defendant*

223.  Wyler, Douglas, *Attorney for Defendants*

Per Circuit Rule 26.1-2(c), Defendant-Appellant Florida Secretary of State certifies that the CIP contained herein is complete.

Dated: August 25, 2025                    /s/ Mohammad O. Jazil
                                          Mohammad O. Jazil
                                          *Counsel for Defendant-Appellant Florida Secretary of State*

Dated: August 25, 2025

**CORD BYRD**
 *Secretary of State*

Ashley E. Davis
  General Counsel
Florida Department of State
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399
(850) 245-6536
Ashley.Davis@dos.fl.gov

/s/ Mohammad O. Jazil
Mohammad O. Jazil
Michael Beato
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for Defendant-Appellant Florida
Secretary of State*

1

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: August 25, 2025                    /s/ Mohammad O. Jazil
                                          Mohammad O. Jazil


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing certificate was filed on ECF. It was also emailed to Plaintiffs' counsel.

Dated: August 25, 2025                    /s/ Mohammad O. Jazil
                                          Mohammad O. Jazil