Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: 25-12813-A

| Caption: | |
|---|---|
| Florida State Conference of Branches and Youth Units of the NAACP, et al., Plaintiffs-Appellees, | District and Division: Northern District of Florida, Tallahassee Division<br>Name of Judge: Judge Mark E. Walker<br>Nature of Suit: Civil Rights<br>Date Complaint Filed: May 24, 2023<br>District Court Docket Number: 4:23-cv-215-MW-MAF<br>Date Notice of Appeal Filed: August 15, 2025<br>☐ Cross Appeal   ☐ Class Action |
| v. | Has this matter previously been before this court?<br>☑ Yes   ☐ No<br>If Yes, provide |
| Florida Secretary of State, et al., Defendants-Appellants. | (a) Caption: Florida State Conference of Branches and Youth Units of the NAACP, et al. v. Florida Secreta<br>(b) Citation: _____<br>(c) Docket Number: 23-12308 |

Attorney Name        Mailing Address        Telephone, Fax, Email

For Appellant:
☐ Plaintiff
☑ Defendant       See Attachment A
☐ Other (Specify)

For Appellee:
☑ Plaintiff       See Attachment A
☐ Defendant
☐ Other (Specify)

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | | ☐ Summary Judgment | |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☑ Judgment/Bench Trial | Awarded: $_____ |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | to _____ |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO<br>☐ Preliminary   ☑ Granted<br>☑ Permanent    ☐ Denied |
| | ☐ Final Agency Action (Review) | ☐ Injunction | |
| | ☐ 54(b) | ☐ Other _____ | |

Page 2                                                                                              11th Circuit Docket Number: 25-12813-A

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☑ Yes  ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name  Hispanic Federation, et al. v Florida Secretary of State, et al.
    (b) Citation  4:23-cv-00218-MW-MAF
    (c) Docket Number if unreported  24-11892
    (d) Court or Agency  Eleventh Circuit

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    **Whether provisions of Senate Bill 7050 comply with the U.S. Constitution.**

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  25  DAY OF  August , 2025 .

Mohammad O. Jazil                                                                /s/ Mohammad O. Jazil
NAME OF COUNSEL (Print)                                                          SIGNATURE OF COUNSEL

# ATTACHMENT A

**Attorneys for Appellants / Defendants**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Beato, Michael | Holtzman Vogel Baran Torchinsky & Josefiak PLLC – Tallahassee, FL 119 S Monroe St., Suite 500 Tallahassee, FL 32301 | (850) 566-7610 mbeato@holtzmanvogel.com |
| Davis, Ashley | Florida Department of State, Office of General Counsel 500 S Bronough St., Suite 100 Tallahassee, FL 32399 | (850) 245-6531 ashley.davis@dos.fl.gov |
| Jazil, Mohammad | Holtzman Vogel Baran Torchinsky & Josefiak PLLC – Tallahassee, FL 119 S Monroe St., Suite 500 Tallahassee, FL 32301 | (850) 391-0503 mjazil@holtzmanvogel.com |
| Morse, Stephanie | Office of the Attorney General The Capitol, PL-01 Tallahassee, FL 32399 | (850) 414-3300 Stephanie.morse@myfloridalegal.com |

**Attorneys for Appellees / Plaintiffs**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Khanna, Abha | Elias Law Group – Washington, D.C. 250 Massachusetts Ave., Suite 400 Washington, D.C. 20001 | (202) 968-4510 akhanna@elias.law |
| Madduri, Lalitha | Elias Law Group – Washington, D.C. 250 Massachusetts Ave., Suite 400 Washington, D.C. 20001 | (202) 968-4593 lmadduri@elias.law |
| Wermuth, Frederick | King Blackwell Zehnder etc. PA – Orlando, FL 25 E Pine St., Orlando, FL 32801 | (407) 422-2472 Fax: (407) 648-0161 fwermuth@kbzwlaw.com |