No. 24-11892

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Hispanic Federation, et al.*,
Plaintiffs-Appellees,

v.

*Florida Secretary of State, et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, 4:23-cv-218 (Walker, J.)

No. 25-12813

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Florida State Conference of Branches & Youth Units of the NAACP, et al.*,
Plaintiffs-Appellees,

v.

*Florida Secretary of State, et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, 4:23-cv-215 (Walker, J.)

# DEFENDANTS-APPELLANTS'
# UNOPPOSED MOTION TO CONSOLIDATE

| | |
|---|---|
| Mohammad O. Jazil | Robert S. Schenck |
| Michael Beato | William H. Stafford III |
| HOLTZMAN VOGEL BARAN | OFFICE OF THE ATTORNEY GENERAL |
| TORCHINSKY & JOSEFIAK PLLC | The Capitol, PL-01 |
| 119 South Monroe Street, Suite 500 | Tallahassee, FL 32399 |
| Tallahassee, Florida 32301 | (850) 414-3300 |
| (850) 270-5938 | |
| | |
| *Counsel for Florida Secretary of State Byrd* | *Counsel for Attorney General Uthmeier* |

*Hispanic Federation v. Florida Secretary of State*, 24-11892
*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendants-Appellants Florida Secretary of State Byrd and Florida Attorney General Uthmeier certify that the following have an interest in the outcome of this case. Note that "Defendant(s)," as opposed to "Defendants-Appellants," refer to defendants in the case, other than the Florida Secretary of State and Florida Attorney General.

1. ACLU Foundation of Florida, *Attorneys for Plaintiffs-Appellees*

2. Adkins, Janet, *Defendant*

3. Alachua County Attorney's Office, *Attorneys for Defendant*

4. Alianza Center, *Plaintiff-Appellee*

5. Alianza for Progress, *Plaintiff-Appellee*

6. Alicea, Delmarie, *Attorney for Plaintiffs-Appellees*

7. American Civil Liberties Union Foundation, *Attorneys for Plaintiffs-Appellees*

8. Andersen, Mark, *Former Defendant*

9. Anderson, Chris, *Former Defendant*

10. Anderson, Shirley, *Defendant*

11. Arnold & Porter Kaye Scholer LLP, *Attorneys for Plaintiffs-Appellees*

12. Arnold, Melissa, *Former Defendant*

USCA11 Case: 25-12813　　Document: 9　　Date Filed: 08/26/2025　　Page: 3 of 17

*Hispanic Federation v. Florida Secretary of State*, 24-11892
*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

13. Arrington, Mary Jane, *Defendant*

14. Artasanchez, Santiago, *Former Plaintiff*

15. Babis, Olivia, *Declarant for Plaintiffs-Appellees*

16. Baird, Maureen, *Defendant*

17. Bardos, Andy, *Attorney for Defendants*

18. Barton, Kim, *Defendant*

19. Beato, Michael, *Attorney for Defendant-Appellant*

20. Bell, Melony, *Defendant*

21. Bender, Robert, *Defendant*

22. Bennett, Michael, *Former Defendant*

23. Bentley & Bruning, *Attorneys for Defendants*

24. Bentley, Morgan, *Attorney for Defendants*

25. Blazier, Melissa, *Defendant*

26. Bledsoe, William, *Attorney for Defendant*

27. Bobanic, Tim, *Defendant*

28. Boettcher, Ellen, *Attorney for Plaintiffs*

29. Brazil & Dunn, *Attorneys for Plaintiffs in Consolidated Case*

30. Broward County Attorney's Office, *Attorneys for Defendant*

31. Byrd, Cord, Florida Secretary of State, *Defendant-Appellant*

32. Campaign Legal Center, *Attorneys for Plaintiffs in Consolidated Case*

USCA11 Case: 25-12813   Document: 9   Date Filed: 08/26/2025   Page: 4 of 17

*Hispanic Federation v. Florida Secretary of State*, 24-11892
*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

33. Campbell-Harris, Dayton, *Attorney for Plaintiffs-Appellees*

34. Cannon, Starlet, *Former Defendant*

35. Castor Dentel, Karen, *Defendant*

36. Cepeda Derieux, Adriel, *Attorney for Plaintiffs-Appellees*

37. Chaires, Darbi, *Defendant*

38. Chambless, Chris, *Defendant*

39. Chason, Sharon, *Defendant*

40. Conyers, Grant, *Defendant*

41. Copper, Alexandra, *Attorney for Plaintiffs*

42. Corley, Brian, *Defendant*

43. Cowles, Bill, *Former Defendant*

44. Cruz, Roberto, *Attorney for Plaintiffs-Appellees*

45. Cycon, John, *Attorney for Defendants-Appellants*

46. Darlington, Andrew, *Declarant for Defendants-Appellants*

47. Darus, Lisa, *Defendant*

48. Davis, Ashley, *Attorney for Defendant-Appellant*

49. Davis, Vicki, *Defendant*

50. Demos, *Attorneys for Plaintiffs-Appellees*

51. Diaz, Jonathan Michael, *Attorney for Plaintiffs*

52. Disability Rights Florida, *Plaintiff-Appellee*

USCA11 Case: 25-12813   Document: 9   Date Filed: 08/26/2025   Page: 5 of 17

*Hispanic Federation v. Florida Secretary of State*, 24-11892
*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

53. Doe, A, *Former Plaintiff*

54. Doe, B, *Former Plaintiff*

55. Doyle, Tommy, *Defendant*

56. Driggers, Heath, *Defendant*

57. Druks, Roni, *Attorney for Plaintiffs-Appellees*

58. Dunaway, Carol, *Defendant*

59. Dunn, Chad, *Attorney for Plaintiffs*

60. Earley, Mark, *Defendant*

61. Ebenstein, Julie, *Attorney for Plaintiffs-Appellees*

62. Edwards, Lori, *Former Defendant*

63. Elliot, Monica, *Declarant for Plaintiffs*

64. Equal Ground Education Fund, *Former Plaintiff*

65. Erdelyi, Susan, *Attorne for Defendants*

66. Erdelyi, Susan, *Attorney for Defendants*

67. Escambia County Attorney's Office, *Attorneys for Defendant*

68. Farnam, Aletris, *Defendant*

69. Farnham, Aletris, *Defendant*

70. Farrington, Scott, *Defendant*

71. Ferguson, Robert, *Attorney for Plaintiffs*

72. Fitzpatrick, Martin A., *U.S. Magistrate Judge*

73. Florez, Johana, *Declarant for Plaintiffs*

74. Florida Alliance for Retired Americans, *Plaintiff-Appellee*

75. Florida Attorney General's Office, *Attorneys for Defendant-Appellant*

76. Florida Department of State, *Attorneys for Defendant-Appellant*

77. Florida State Conference of Branches and Youth Units of the NAACP, *Plaintiff-Appellee*

78. Freedman, John, *Attorney for Plaintiffs-Appellees*

79. Galindo, Miranda, *Attorney for Plaintiffs-Appellees*

80. Garcia, Alina, *Defendant*

81. Gardner Bist Bowden, *Attorneys for Defendants*

82. GrayRobinson PA, *Attorneys for Defendants*

83. Griffin, Joyce, *Former Defendant*

84. Hankins, Christi Jo, *Attorney for Defendant*

85. Hanlon, John, *Defendant*

86. Hanson, Corbin, *Attorney for Defendant*

87. Hart, Travis, *Defendant*

88. Hass, Brian, *Defendant*

89. Hays, Alan, *Defendant*

90. Healy, Karen, *Defendant*

91. Healy, Karen, *Defendant*

USCA11 Case: 25-12813    Document: 9    Date Filed: 08/26/2025    Page: 7 of 17

*Hispanic Federation v. Florida Secretary of State*, 24-11892
*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

92. Henderson Fanklin Starnes, *Attorneys for Defendants*

93. Hernando County Attorney's Office, *Attorneys for Defendant*

94. Herrera-Lucha, Veronica, *Plaintiff-Appellee*

95. Herron, Mark, *Attorney for Defendant*

96. Hillsborough County Attorney's Office, *Attorneys for Defendant*

97. Hispanic Federation, *Plaintiff-Appellee*

98. Hodie, Sherri, *Defendant*

99. Hogan, Mike, *Former Defendant*

100. Holland, Jerry, *Defendant*

101. Holtzman Vogel Baran Torchinsky & Josefiak, *Attorneys for Defendant-Appellant*

102. Hoots, Brenda, *Defendant*

103. Hutto, Laura, *Defendant*

104. Hutto, Laura, *Defendant*

105. Jarone, Joseph, *Attorney for Defendant*

106. Jazil, Mohammad, *Attorney for Defendant-Appellant*

107. Jonas, Sarah, *Attorney for Defendant*

108. Jones, Tammy, *Defendant*

109. Joshi, Raghav Vikas, *Declarant for Plaintiffs-Appellees*

110. Jouben, Jon, *Attorney for Defendants*

USCA11 Case: 25-12813     Document: 9     Date Filed: 08/26/2025     Page: 8 of 17

*Hispanic Federation v. Florida Secretary of State*, 24-11892
*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

111. Kahn, Jared, *Attorney for Defendant*

112. Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

113. Katzman, Adam, *Attorney for Defendant*

114. Keen, William, *Defendant*

115. Keenan, Megan, *Attorney for Plaintiffs-Appellees*

116. Khanna, Abha, *Attorne for Plaintiffs-Appellees*

117. King, Blackwell, Zehnder & Wermuth P.A., *Attorneys for Plaintiffs-Appellees*

118. Kinsey, Jennifer, *Defendant*

119. Klitsberg, Nathaniel, *Attorney for Defendant*

120. Knight, Shirley, *Defendant*

121. Konor, Estee, *Attorney for Plaintiffs-Appellees*

122. Lakin, Sophia, *Attorney for Plaintiffs-Appellees*

123. Lang, Danielle, *Attorney for Plaintiffs*

124. Lapinig, Christopher, *Attorney for Plaintiffs*

125. Latimer, Craig, *Defendant*

126. Latimer, Craig, *Defendant*

127. LatinoJustice PRLDEF, *Attorneys for Plaintiffs-Appellees*

128. Lavancher, Denise, *Defendant*

129. Lavia III, John, *Attorney for Defendant*

130. League of Women Voters of Florida Education Fund, Inc., *Plaintiff*

USCA11 Case: 25-12813　　Document: 9　　Date Filed: 08/26/2025　　Page: 9 of 17

*Hispanic Federation v. Florida Secretary of State*, 24-11892
*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

131. League of Women Voters of Florida, Inc., *Plaintiff*

132. Leeper, Simone, *Attorney for Plaintiffs*

133. Leinhart, Kaitlyn, *Defendant*

134. Lenhart, Kaiti, *Former Defendant*

135. Lewis, Lisa, *Defendant*

136. Link, Wendy, *Defendant*

137. Lux, Paul, *Defendant*

138. Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

139. Marcus, Julie, *Defendant*

140. Mari, Frank, *Attorney for Defendant*

141. Marks Gray P.A., *Attorneys for Defendants*

142. Martinez, Norka, *Plaintiff-Appellee*

143. May, David, *Defendant*

144. McCrory, Hill, *Declarant for Plaintiffs*

145. McNamara, Caroline, *Attorney for Plaintiffs-Appellees*

146. Meadows, Therisa, *Former Defendant*

147. Messer Caparello & Self PA, *Attorneys for Defendant*

148. Messer, Ryan, *Defendant*

149. Miami-Dade Supervisor of Elections Office, *Attorneys for Defendant*

150. Milligan, Michelle, *Defendant*

USCA11 Case: 25-12813     Document: 9     Date Filed: 08/26/2025     Page: 10 of 17

*Hispanic Federation v. Florida Secretary of State*, 24-11892
*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

151. Milton, Christopher, *Defendant*

152. Mobley, Valerie, *Declarant for Plaintiffs*

153. Morgan, Joseph, *Defendant*

154. Morse, Stephanie, *Attorney for Defendant-Appellant*

155. Nabors Giblin & Nickerson PA, *Attorneys for Defendant*

156. Negley, Mark, *Former Defendant*

157. Nguyen, Phi, *Attorney for Plaintiffs-Appellees*

158. Nordlund, Jared, *Declarant for Plaintiffs-Appellees*

159. Nweze, Adora Obi, *Declarant for Plaintiffs-Appellees*

160. O'Donnell, Renata, *Attorney for Plaintiffs-Appellees*

161. Oakes, Vicky, *Defendant*

162. Ochoa, Victoria, *Attorney for Plaintiffs-Appellees*

163. Office of the General Counsel, City of Jacksonville, *Attorneys for Defendant*

164. Olivo III, Geraldo, *Attorney for Defendants*

165. Ortega, Michael, *Attorney for Plaintiffs*

166. Osborne, Deborah, *Defendant*

167. Osbourne, Deborah, *Former Defendant*

168. Overturf, Charles, *Defendant*

169. Pennock, Amy, *Defendant*

170. Pettis, Deidra, *Defendant*

USCA11 Case: 25-12813     Document: 9     Date Filed: 08/26/2025     Page: 11 of 17

*Hispanic Federation v. Florida Secretary of State*, 24-11892
*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

171. Pico, Elizabeth, *Plaintiff-Appellee*

172. Pierce, Rhonda, *Defendant*

173. Pinellas County Attorney's Office, *Attorneys for Defendant*

174. Pinkstaff, Tiffiny, *Attorney for Defendant*

175. Poder Latinx, *Plaintiff-Appellee*

176. Preminger, Evan, *Attorney for Plaintiffs-Appellees*

177. Prieto, Humberto Orjuela, *Plaintiff-Appellee*

178. Reynolds Perez, Devona, *Attorney for Defendant*

179. Riley, Heather, *Defendant*

180. Riley, Heather, *Former Defendant*

181. Roper Townsend & Sutphen, *Attorneys for Defendants*

182. Rosenthal, Oren, *Attorney for Defendant*

183. Rudd, Carol, *Former Defendant*

184. Ruiz, Cesar, *Attorney for Plaintiffs-Appellees*

185. Rutahindurwa, Makeba, *Attorney for Plaintiffs-Appellees*

186. Sanchez, Connie, *Defendant*

187. Sanchez, Esperanza, *Former Plaintiff*

188. Schenck, Robert, *Attorney for Defendant-Appellant*

189. Scott, Dale, *Attorney for Defendant*

190. Scott, Dale, *Attorney for Defendant*

USCA11 Case: 25-12813   Document: 9   Date Filed: 08/26/2025   Page: 12 of 17

*Hispanic Federation v. Florida Secretary of State*, 24-11892
*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

191. Scott, Joe, *Defendant*

192. Seyfang, Amanda, *Defendant*

193. Shaud, Matthew, *Attorney for Defendant*

194. Slater, Cynthia, *Declarant for Plaintiffs-Appellees*

195. Smith, Diane, *Defendant*

196. Smith, Diane, *Defendant*

197. Southerland, Dana, *Defendant*

198. Stafford, David, *Former Defendant*

199. Stewart, Gregory, *Attorney for Defendant*

200. Stinson-Brown, Tomi, *Defendant*

201. Swain, Robert, *Attorney for Defendant*

202. Swan, Leslie, *Defendant*

203. Taghdiri, Pausha, *Attorney for Defendants*

204. Tartaglia, Melissa, *Attorney for Defendants*

205. Taylor, Sherry, *Defendant*

206. Tessitore Mari Scott PLLC, *Attorneys for Defendant*

207. Tilley, Daniel, *Attorney for Plaintiffs-Appellees*

208. Todd, Stephen, *Attorney for Defendant*

209. Turner, Ron, *Defendant*

210. UnidosUS, *Plaintiff-Appellee*

USCA11 Case: 25-12813 Document: 9 Date Filed: 08/26/2025 Page: 13 of 17

*Hispanic Federation v. Florida Secretary of State*, 24-11892
*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

211. Uthmeier, James, Florida Attorney General, *Defendant-Appellant*

212. Valenti, Leah, *Defendant*

213. Vilar, Marcos, *Declarant for Plaintiffs-Appellees*

214. Villane, Tappie, *Defendant*

215. Volusia County Attorney's Office, *Attorneys for Defendant*

216. Voters of Tomorrow Action, Inc., *Plaintiff-Appellee*

217. Walker, Gertrude, *Defendant*

218. Walker, Mark E., *U.S. District Court Judge*

219. Ward, Nina, *Defendant*

220. Warren, Nicholas, *Attorney for Plaintiffs-Appellees*

221. Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

222. Wertz, Debbie, *Defendant*

223. White, Christina, *Former Defendant*

224. Whitaker, Henry, *Attorney for Defendant-Appellant*

225. Wilcox, Wesley, *Defendant*

226. Williams, H. Russell, *Defendant*

227. Williams, Kenya, *Defendant*

228. Wyler, Douglas, *Attorney for Defendants*

*Hispanic Federation v. Florida Secretary of State*, 24-11892

*Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813

Per Circuit Rule 26.1-2(c), Defendants-Appellants Florida Secretary of State Byrd and Florida Attorney General Uthmeier certify that the CIP contained herein is complete.

Dated: August 26, 2025

/s/ Mohammad O. Jazil
Mohammad O. Jazil
*Lead Counsel for Defendant-Appellant Secretary of State Byrd*

## MEMORANDUM

Defendants-Appellants Florida Secretary of State Byrd and Florida Attorney General Uthmeier move this Court under Federal Rule of Appellate Procedure 27 and Eleventh Circuit Local Rule 27-1 to consolidate two appeals: (1) *Hispanic Federation v. Florida Secretary of State*, 24-11892 (11th Cir. 2024), and (2) *Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813 (11th Cir. 2025).

Both cases and appeals concern Senate Bill 7050, an election reform package. Both sets of plaintiffs asserted overlapping challenges to the bill. Both cases were presided by the same district court judge, at the same time.

*Hispanic Federation* was resolved at summary judgment. That summary judgment order was appealed, and this Court stayed the appeal pending the resolution of *NAACP*. 24-11892, Doc.34 (11th Cir. Aug. 27, 2024).

On August 8, 2025 the district court issued a final order on the merits following a bench trial in *NAACP*. That final order was appealed on August 15.

Now that both cases are before this Court, consolidation makes sense. There's overlapping issues, resolved by the same district court judge, concerning the same election-reform package. Moreover, neither the *Hispanic Federation* Plaintiffs, nor the *NAACP* Plaintiffs, take a position on this motion.

Therefore, the Secretary and Attorney General ask this Court to consolidate both appeals and to set a uniform briefing schedule.

Dated: August 26, 2025

Ashley Davis (FBN 84764)
   *General Counsel*
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, Florida 32399
(850) 245-6536
ashley.davis@dos.fl.gov

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 391-0503
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for Defendant-Appellant Secretary of State Cord Byrd*

Respectfully Submitted,

James Uthmeier
   *Attorney General*

Robert S. Schenck (FBN 1044532)
   *Assistant Solicitor General*
William H. Stafford III (FBN 70394)
   *Special Counsel*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
robert.schenck@myfloridalegal.com
william.stafford@myfloridalegal.com

*Counsel for Defendant-Appellant Attorney General Uthmeier*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: August 26, 2025　　　　　　　　/s/ Mohammad O. Jazil
　　　　　　　　　　　　　　　　　　　Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF.

Dated: August 26, 2025　　　　　　　　/s/ Mohammad O. Jazil
　　　　　　　　　　　　　　　　　　　Mohammad O. Jazil