No. 25-12813

# In the United States Court of Appeals for the Eleventh Circuit

*Florida State Conference of Branches and Youth Units of the NAACP, et al.*,
Plaintiffs-Appellees,

v.

*Florida Secretary of State, et al.*,
Defendants-Appellants.

On Appeal from the United States District Court
for the Northern District of Florida,
No. 4:23-cv-215-MW-MAF

**DEFENDANT-APPELLANT FLORIDA ATTORNEY GENERAL'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*robert.schenck@myfloridalegal.com*

JAMES UTHMEIER
  *Attorney General of Florida*

Jeffrey P. DeSosua
  *Acting Solicitor Generaal*
Robert S. Schenck
  *Assistant Solicitor General*
William H. Stafford, III
  *Special Counsel*

*Counsel for the Florida Attorney General*

*Florida State Conference of Branches and Youth Uni, et al. v. Florida Secretary of State, et al.*
*Case No. 25-12813*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendant-Appellant Florida Attorney General certifies that the following have an interest in the outcome of this case. Note that "Defendant(s)," as opposed to "Defendants-Appellants," refer to defendants in the case, other than the Florida Secretary of State and Florida Attorney General.

1. ACLU Foundation of Florida
2. Adkins, Janet
3. Alachua County Attorney's Office
4. Alianza Center
5. Alianza for Progress
6. Alicea, Delmarie
7. American Civil Liberties Union Foundation
8. Andersen, Mark
9. Anderson, Chris
10. Anderson, Shirley
11. Arnold & Porter Kaye Scholer LLP
12. Arnold, Melissa
13. Arrington, Mary Jane
14. Artasanchez, Santiago
15. Babis, Olivia

C-1

16. Baird, Maureen

17. Bardos, Andy

18. Barton, Kim

19. Beato, Michael

20. Bell, Melony

21. Bender, Robert

22. Bennett, Michael

23. Bentley & Bruning

24. Bentley, Morgan

25. Blazier, Melissa

26. Bledsoe, William

27. Bobanic, Tim

28. Boettcher, Ellen

29. Brazil & Dunn

30. Broward County Attorney's Office

31. Byrd, Cord, Florida Secretary of State

32. Campaign Legal Center

33. Campbell-Harris, Dayton

34. Cannon, Starlet

35. Castor Dentel, Karen

36. Cepeda Derieux, Adriel

37. Chaires, Darbi
38. Chambless, Chris
39. Chason, Sharon
40. Conyers, Grant
41. Copper, Alexandra
42. Corley, Brian
43. Cowles, Bill
44. Cruz, Roberto
45. Cycon, John
46. Darlington, Andrew
47. Darus, Lisa
48. Davis, Ashley
49. Davis, Vicki
50. Diaz, Jonathan Michael
51. Disability Rights Florida
52. Doe, A
53. Doe, B
54. Doyle, Tommy
55. Driggers, Heath
56. Druks, Roni
57. Dunaway, Carol, *Defendant*

58. Dunn, Chad

59. Earley, Mark

60. Ebenstein, Julie

61. Edwards, Lori

62. Elliot, Monica

63. Ellis, Rayne

64. Equal Ground Education Fund

65. Erdelyi, Susan

66. Escambia County Attorney's Office

67. Farnham, Aletris

68. Farrington, Scott

69. Ferguson, Robert

70. Fitzpatrick, Martin A.

71. Florez, Johana

72. Florida Alliance for Retired Americans

73. Florida Attorney General's Office

74. Florida Department of State

75. Florida State Conference of Branches and Youth Units of the NAACP

76. Freedman, John

77. Galindo, Miranda

78. Garcia, Alina

79. Gardner Bist Bowden
80. GrayRobinson PA
81. Griffin, Joyce
82. Hankins, Christi Jo
83. Hanlon, John
84. Hanson, Corbin
85. Hart, Travis
86. Hass, Brian
87. Hays, Alan
88. Healy, Karen
89. Henderson Fanklin Starnes
90. Hernando County Attorney's Office
91. Herrera-Lucha, Veronica
92. Herron, Mark
93. Hillsborough County Attorney's Office
94. Hispanic Federation
95. Hodie, Sherri
96. Hogan, Mike
97. Holland, Jerry
98. Holtzman Vogel Baran Torchinsky & Josefiak
99. Hoots, Brenda

100. Hutto, Laura

101. Jarone, Joseph

102. Jazil, Mohammad

103. Jonas, Sarah

104. Jones, Tammy

105. Joshi, Raghav Vikas

106. Jouben, Jon

107. Kahn, Jared

108. Karpatkin, Jeremy

109. Katzman, Adam

110. Keen, William

111. Keenan, Megan

112. Khanna, Abha

113. King, Blackwell, Zehnder & Wermuth P.A.

114. Kinsey, Jennifer

115. Klitsberg, Nathaniel

116. Knight, Shirley

117. Konor, Estee

118. Lakin, Sophia

119. Lang, Danielle

120. Lapinig, Christopher

121. Latimer, Craig

122. LatinoJustice PRLDEF

123. Lavancher, Denise

124. Lavia III, John

125. League of Women Voters of Florida Education Fund, Inc.

126. League of Women Voters of Florida, Inc.

127. Leeper, Simone

128. Leinhart, Kaitlyn

129. Lenhart, Kaiti

130. Lewis, Lisa

131. Link, Wendy

132. Lux, Paul

133. Madduri, Lalitha

134. Marcus, Julie

135. Mari, Frank

136. Marks Gray P.A.

137. Martinez, Norka

138. May, David

139. McCrory, Hill

140. McNamara, Caroline

141. Meadows, Therisa

142. Messer Caparello & Self PA

143. Messer, Ryan

144. Miami-Dade Supervisor of Elections Office

145. Milligan, Michelle

146. Milton, Christopher

147. Mobley, Valerie

148. Morgan, Joseph

149. Morse, Stephanie

150. Nabors Giblin & Nickerson PA

151. Negley, Mark

152. Nguyen, Phi

153. Nordlund, Jared

154. Nweze, Adora Obi

155. O'Donnell, Renata

156. Oakes, Vicky

157. Ochoa, Victoria

158. Office of the General Counsel, City of Jacksonville

159. Olivo III, Geraldo

160. Ortega, Michael

161. Osbourne, Deborah

162. Overturf, Charles

163. Pennock, Amy
164. Perko, Gary
165. Pettis, Deidra
166. Pico, Elizabeth
167. Pierce, Rhonda
168. Pinellas County Attorney's Office
169. Pinkstaff, Tiffiny
170. Poder Latinx
171. Preminger, Evan
172. Prieto, Humberto Orjuela
173. Reynolds Perez, Devona
174. Riley, Heather
175. Roper Townsend & Sutphen
176. Rosenthal, Oren
177. Rudd, Carol
178. Ruiz, Cesar
179. Rutahindurwa, Makeba
180. Sanchez, Connie
181. Sanchez, Esperanza
182. Schenck, Robert
183. Scott, Dale

184. Scott, Joe

185. Seyfang, Amanda

186. Shaud, Matthew

187. Slater, Cynthia

188. Smith, Diane

189. Southerland, Dana

190. Stafford, David

191. Stafford, William H.

192. Stewart, Gregory

193. Stinson-Brown, Tomi

194. Swain, Robert

195. Swan, Leslie

196. Taghdiri, Pausha

197. Tartaglia, Melissa

198. Taylor, Sherry

199. Tessitore Mari Scott PLLC

200. Tilley, Daniel

201. Todd, Stephen

202. Turner, Ron

203. UnidosUS

204. Uthmeier, James, Florida Attorney General

205. Valenti, Leah

206. Vilar, Marcos

207. Villane, Tappie

208. Volusia County Attorney's Office

209. Voters of Tomorrow Action, Inc.

210. Walker, Gertrude

211. Walker, Mark E.

212. Ward, Nina

213. Warren, Nicholas

214. Wermuth, Frederick

215. Wertz, Debbie

216. White, Christina

217. Wilcox, Wesley

218. Williams, H. Russell

219. Williams, Kenya

220. Wyler, Douglas

Per Circuit Rule 26.1-2(c), Defendant-Appellant Florida Attorney General certifies that the CIP contained herein is complete.

Dated August 28, 2025

JAMES UTHMEIER
   *Attorney General*

/s/ Robert S. Schenck
Robert S. Schenck (FBN 1044532)
   *Assistant Solicitor General*
William H. Stafford, III (FBN 70394)
   *Special Counsel*

OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, Florida 32399
(850) 414-3300
robert.schenck@myfloridalegal.com
william.stafford@myfloridalegal.com
jenna.hodges@myfloridalegal.com

*Counsel for Defendant-Appellant Florida Attorney General*

## CERTIFICATE OF SERVICE

I certify that on August 28, 2025, I electronically filed the Certificate of Interested Persons with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

/s/ Robert S. Schenck<br>
Assistant Solicitor General