# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| David J. Smith | For rules and forms visit |
| --- | --- |
| Clerk of Court | www.ca11.uscourts.gov |

September 11, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 25-12813-AA   ; 24-11892 -AA
Case Style: Florida State Conference of Branches and Youth Uni, et al v. Florida Secretary of State, et al
District Court Docket No: 4:23-cv-00215-MW-MAF

Tolling Motion
After review of the district court docket entries, it appears that the notice of appeal was filed before the disposition of a filing that is properly construed as a timely tolling motion. See FRAP 4(a)(4)(A); *Finch v. City of Vernon,* 845 F.2d 256, 258 59 (11th Cir. 1988) (providing that any post judgment motion that is timely and "calls into question the correctness of [the] judgment" is deemed a tolling motion regardless of how it is formally styled). The notice of appeal becomes effective when the order disposing of the motion is entered, and the district court retains jurisdiction to rule on the timely tolling motion. See FRAP 4(a)(4). **All appeal deadlines are suspended pending the district court's entry of an order disposing of the motion. Upon entry of the district court's order, the time to take required action will begin to run anew without further notice.**

The timely tolling motion is district court docket entry number: **357, 358**

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
| | | | |
| --- | --- | --- | --- |
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action