UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
Appearance of Counsel Form

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. 25-12813-AA

Florida State Conference of Branches and Youth Units of the NAACP, et al.   vs.   Florida Secretary of State, et al.

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

Florida State Conference of Branches and Youth Units of the NAACP, Voters of Tomorrow Actions, Inc.,
Disability Rights of Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance
for Retired Americans, Santiago Mayer Artasanchez, Esperanza Sanchez and Humberto Orjuela Prieto.

These individuals/entities are:

- [ ] appellant(s)    [ ] petitioner(s)    [ ] intervenor(s)
- [x] appellee(s)     [ ] respondent(s)    [ ] amicus curiae

[x] The following related or similar cases are pending in this court:
23-12308, 24-11892

[ ] Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: Illinois            State Bar No.: 6340483

Signature: /s/ Julianna Astarita
Name (type or print): Julianna Astarita            Phone: 202-968-4490
Firm/Govt. Office: Elias Law Group LLP            E-mail: jastarita@elias.law
Street Address: 250 Massachusetts Ave NW, Ste 400   Fax: 202-312-5904
City: Washington            State: DC            Zip: 20001

Revised 12/21