Nos. 24-11892; 25-12813 (Consolidated)

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,

*Plaintiffs-Appellees,*

v.

CORD BYRD, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of Florida

## APPELLEES' UNOPPOSED JOINT MOTION AND FIRST REQUEST TO EXTEND BRIEFING SCHEDULE

| | | |
|---|---|---|
| Frederick S. Wermuth | Abha Khanna | Julie Zuckerbrod |
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. | ELIAS LAW GROUP LLP | Julianna Astarita |
| P.O. Box 1631 | 1700 Seventh Ave, Suite 2100 | ELIAS LAW GROUP LLP |
| Orlando, FL 32802-1631 | Seattle, WA 98101 | 250 Massachusetts Ave NW Suite 400 |
| (407) 422-2472 | (206) 656-0177 | Washington, DC 20002 |
| | | (202) 968-4490 |

*Counsel for Plaintiffs-Appellees Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Appellees Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, Esperanza Sánchez, Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, and Norka Martinez certify that the following have an interest in the outcome of this case:

1. ACLU Foundation of Florida, *Attorneys for Plaintiffs-Appellees*
2. Adkins, Janet H., *Defendant*
3. Alachua County Attorney's Office, *Attorneys for Defendant*
4. Alianza Center, *Plaintiff-Appellee*
5. Alianza for Progress, *Plaintiff-Appellee*
6. Alicea, Delmarie, *Attorney for Plaintiffs-Appellees*
7. American Civil Liberties Union Foundation, *Attorneys for Plaintiffs-Appellees*
8. Andersen, Mark, *Former Defendant*
9. Anderson, Chris, *Former Defendant*
10. Anderson, Shirley, *Defendant*
11. Arnold & Porter Kaye Scholer LLP, *Attorneys for Plaintiffs-Appellees*
12. Arnold, Melissa, *Former Defendant*

C-1

13. Arrington, Mary Jane, *Defendant*
14. Artasanchez, Santiago, *Former Plaintiff*
15. Astarita, Julianna, *Attorney for Plaintiffs-Appellees*
16. Babis, Olivia, *Declarant for Plaintiffs-Appellees*
17. Baird, Maureen, *Defendant*
18. Bardos, Andy, *Attorney for Defendants*
19. Barton, Kim, *Defendant*
20. Bell, Melony, *Defendant*
21. Bender, Robert, *Defendant*
22. Bennett, Michael, *Former Defendant*
23. Bentley & Bruning, *Attorneys for Defendants*
24. Bentley, Morgan R., *Attorney for Defendants*
25. Blazier, Melissa, *Defendant*
26. Bledsoe, William, *Attorney for Defendant*
27. Bobanic, Tim, *Defendant*
28. Boettcher, Ellen, *Attorney for Plaintiffs*
29. Brazil & Dunn, *Attorneys for Plaintiffs in Consolidated Case*
30. Broward County Attorney's Office, *Attorneys for Defendant*
31. Byrd, Cord, Florida Secretary of State, *Defendant-Appellant*
32. Campaign Legal Center, *Attorneys for Plaintiffs in Consolidated Case*
33. Campbell-Harris, Dayton, *Attorney for Plaintiffs-Appellees*

34. Cannon, Starlet, *Former Defendant*
35. Castor Dentel, Karen, *Defendant*
36. Cededa Derieux, Adriel, *Attorney for Plaintiffs-Appellees*
37. Chaires, Darbi, *Defendant*
38. Chambless, Chris H., *Defendant*
39. Chason, Sharon, *Defendant*
40. Conyers, Grant, *Defendant*
41. Copper, Alexandra, *Attorney for Plaintiffs*
42. Corley, Brian, *Defendant*
43. Cowles, Bill, *Former Defendant*
44. Cruz, Roberto, *Attorney for Plaintiffs-Appellees*
45. Darlington, Andrew, *Declarant for Defendants-Appellants*
46. Darus, Lisa, *Defendant*
47. Davis, Ashley, *Attorney for Defendant-Appellant*
48. Davis, Vicki, *Defendant*
49. Demos, Neda Afsharian Khoshkoo, *Attorneys for Plaintiffs-Appellees*
50. Diaz, Jonathan Michael, *Attorney for Plaintiffs*
51. Disability Rights Florida, *Plaintiff-Appellee*
52. Doe, A, *Former Plaintiff*
53. Doe, B, *Former Plaintiff*
54. Doyle, Tommy, *Defendant*

C-3

55. Driggers, Heath, *Defendant*
56. Druks, Roni, *Attorney for Plaintiffs-Appellees*
57. Dunaway, Carol A., *Defendant*
58. Dunn, Chad Wilson, *Attorney for Plaintiffs*
59. Earley, Mark, *Defendant*
60. Ebenstein, Julie, *Attorney for Plaintiffs-Appellees*
61. Edwards, Lori, *Former Defendant*
62. Elliot, Monica, *Declarant for Plaintiffs*
63. Equal Ground Education Fund, *Former Plaintiff*
64. Erdelyi, Susan, *Attorney for Defendants*
65. Escambia County Attorney's Office, *Attorneys for Defendant*
66. Farnam, Aletris, *Defendant*
67. Farrington, Scott, *Defendant*
68. Ferguson, Robert, *Attorney for Plaintiffs*
69. Fitzpatrick, Martin A., *U.S. Magistrate Judge*
70. Florez, Johana, *Declarant for Plaintiffs*
71. Florida Alliance for Retired Americans, *Plaintiff-Appellee*
72. Florida Attorney General's Office, *Attorneys for Defendant-Appellant*
73. Florida Department of State, *Attorneys for Defendant-Appellant*
74. Florida State Conference of Branches and Youth Units of the NAACP, *Plaintiff-Appellee*
75. Freedman, John A., *Attorney for Plaintiffs-Appellees*

76. Galindo, Miranda, *Attorney for Plaintiffs-Appellees*

77. Garcia, Alina, *Defendant*

78. Gardner, Bist, Bowden, Dee, LaVia, Wright, Perry & Harper, P.A., *Attorneys for Defendants*

79. GrayRobinson PA, *Attorneys for Defendants*

80. Griffin, Joyce, *Former Defendant*

81. Hankins, Christi J., *Attorney for Defendant*

82. Hanlon, John, *Defendant*

83. Hanson, Corbin, *Attorney for Defendant*

84. Hart, Travis, *Defendant*

85. Hass, Brian, *Defendant*

86. Hays, Alan, *Defendant*

87. Healy, Karen, *Defendant*

88. Henderson, Franklin, Starnes & Holt, P.A., *Attorneys for Defendants*

89. Hernando County Attorney's Office, *Attorneys for Defendant*

90. Herrera-Lucha, Veronica, *Former Plaintiff*

91. Herron, Mark, *Attorney for Defendant*

92. Hillsborough County Attorney's Office, *Attorneys for Defendant*

93. Hispanic Federation, *Former Plaintiff*

94. Hodies, Sherri, *Defendant*

95. Hogan, Mike, *Former Defendant*

96. Holland, Jerry, *Defendant*

97. Holtzman Vogel Baran Torchinsky & Josefiak, *Attorneys for Defendant-Appellant*

98. Hoots, Brenda, *Defendant*

99. Hutto, Laura, *Defendant*

100. Jarone, Joseph, *Attorney for Defendant*

101. Jazil, Mohammad, *Attorney for Defendant-Appellant*

102. Jonas, Sarah L., *Attorney for Defendant*

103. Jones, Tammy, *Defendant*

104. Joshi, Raghav Vikas, *Declarant for Plaintiffs-Appellees*

105. Jouben, Jon A., *Attorney for Defendants*

106. Kahn, Jared D., *Attorney for Defendant*

107. Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

108. Katzman, Adam, *Attorney for Defendant*

109. Keen, William, *Defendant*

110. Keenan, Megan Christine, *Attorney for Plaintiffs-Appellees*

111. Khanna, Abha, *Attorney for Plaintiffs-Appellees*

112. King, Blackwell, Zehnder & Wermuth P.A., *Attorneys for Plaintiffs-Appellees*

113. Kinsey, Jennifer, *Defendant*

114. Klitsberg, Nathaniel A., *Attorney for Defendant*

115. Knight, Shirley, *Defendant*

116. Lakin, Sophia Lin, *Attorney for Plaintiffs-Appellees*

117. Lang, Danielle Marie, *Attorney for Plaintiffs*

118. Lapinig, Christopher, *Attorney for Plaintiffs*

119. Latimer, Craig, *Defendant*

120. LatinoJustice PRLDEF, *Attorneys for Plaintiffs-Appellees*

121. Lavancher, Denise, *Defendant*

122. Lavia III, John T., *Attorney for Defendant*

123. League of Women Voters of Florida Education Fund, Inc., *Plaintiff*

124. League of Women Voters of Florida, Inc., *Plaintiff*

125. Leeper, Simone T., *Attorney for Plaintiffs*

126. Leinhart, Kaitlyn, *Defendant*

127. Lenhart, Kaiti, *Former Defendant*

128. Lewis, Lisa, *Defendant*

129. Link, Wendy, *Defendant*

130. Lux, Paul A., *Defendant*

131. Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

132. Marcus, Julie, *Defendant*

133. Mari, Frank M., *Attorney for Defendant*

134. Markarian, David K., *Attorney for Defendant, Supervisor of Elections of Palm Beach County*

135. Marks Gray P.A., *Attorneys for Defendants*

136. Martinez, Norka, *Former Plaintiff*

137. May, David, *Defendant*

138. McCrory, Hill, *Declarant for Plaintiffs*

139. McNamara, Caroline A., *Attorney for Plaintiffs-Appellees*

140. Meadows, Therisa, *Former Defendant*

141. Messer Caparello P.A., *Attorneys for Defendant*

142. Messer, Ryan, *Defendant*

143. Miami-Dade Supervisor of Elections Office, *Attorneys for Defendant*

144. Milligan, Michelle, *Defendant*

145. Milton, Christopher, *Defendant*

146. Mobley, Valerie, *Declarant for Plaintiffs*

147. Morgan, Joseph R., *Defendant*

148. Morse, Stephanie A., *Attorney for Defendant-Appellant*

149. Nabors Giblin & Nickerson P.A., *Attorneys for Defendant*

150. Negley, Mark, *Former Defendant*

151. Nguyen, Phi, *Attorney for Plaintiffs-Appellees*

152. Nordlund, Jared, *Declarant for Plaintiffs-Appellees*

153. Nweze, Adora Obi, *Declarant for Plaintiffs-Appellees*

154. O'Donnell, Renata, *Attorney for Plaintiffs-Appellees*

155. Oakes, Vicky, *Defendant*

156. Ochoa, Victoria, *Attorney for Plaintiffs-Appellees*

157. Office of the General Counsel, City of Jacksonville, *Attorneys for Defendant*

158. Olivo III, Geraldo F., *Attorney for Defendants*

159. Ortega, Michael, *Attorney for Plaintiffs*

160. Osbourne, Deborah, *Former Defendant*

161. Overturf, Charles, *Defendant*

162. Pennock, Amy, *Defendant*

163. Pettis, Deidra, *Defendant*

164. Pico, Elizabeth, *Plaintiff-Appellee*

165. Pierce, Rhonda, *Defendant*

166. Pinellas County Attorney's Office, *Attorneys for Defendant*

167. Pinkstaff, Tiffiny Douglas, *Attorney for Defendant*

168. Poder Latinx, *Former Plaintiff*

169. Prieto, Humberto Orjuela, *Plaintiff-Appellee*

170. Reynolds Perez, Devona, *Attorney for Defendant*

171. Riley, Heather, *Former Defendant*

172. Roper, Townsend & Sutphen, P.A., *Attorneys for Defendants*

173. Rosenthal, Oren, *Attorney for Defendant*

174. Rudd, Carol F., *Former Defendant*

175. Ruiz, Cesar Z., *Attorney for Plaintiffs-Appellees*

176. Rutahindurwa, Makeba, *Attorney for Plaintiffs-Appellees*

177. Sanchez, Connie, *Defendant*

178. Sanchez, Esperanza, *Former Plaintiff*

179. Schenck, Robert S., *Attorney for Defendant-Appellant*

180. Scott, Dale, *Attorney for Defendant*

181. Scott, Joe, *Defendant*

182. Seyfang, Amanda, *Defendant*

183. Shaud, Matthew R., *Attorney for Defendant*

184. Slater, Cynthia, *Declarant for Plaintiffs-Appellees*

185. Smith, Diane, *Defendant*

186. Southerland, Dana, *Defendant*

187. Stafford, David, *Former Defendant*

188. Stafford, William, *Attorney for Defendant-Appellant*

189. Stewart, Gregory T., *Attorney for Defendant*

190. Stinson-Brown, Tomi, *Defendant*

191. Swain, Robert C., *Attorney for Defendant*

192. Swan, Leslie R., *Defendant*

193. Taghdiri, Pausha, *Attorney for Defendants*

194. Tartaglia, Melissa A., *Attorney for Defendants*

195. Taylor, Sherry, *Defendant*

196. Tessitore Mari Scott PLLC, *Attorneys for Defendant*

197. Tilley, Daniel B., *Attorney for Plaintiffs-Appellees*

198. Todd, Stephen M., *Attorney for Defendant*

199. Turner, Ron, *Defendant*

200. UnidosUS, *Plaintiff-Appellee*

201. Uthmeier, James, Florida Attorney General, *Defendant-Appellant*

202. Valenti, Leah, *Defendant*

203. Vilar, Marcos, *Declarant for Plaintiffs-Appellees*

204. Villane, Tappie, *Defendant*

205. Volusia County Attorney's Office, *Attorneys for Defendant*

206. Voters of Tomorrow Action, Inc., *Plaintiff-Appellee*

207. Walker, Gertrude, *Defendant*

208. Walker, Mark E., *U.S. District Court Judge*

209. Ward, Nina, *Defendant*

210. Warren, Nicholas, *Attorney for Plaintiffs-Appellees*

211. Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

212. Wertz, Debbie, *Defendant*

213. White, Christina, *Former Defendant*

214. Wilcox, Wesley, *Defendant*

215. Williams, H. Russell, *Defendant*

216. Williams, Kenya, *Defendant*

217. Wyler, Douglas, *Attorney for Defendants*

Per Circuit Rule 26.1-2(c), Appellees certify that the CIP contained herein is complete.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for NAACP Appellees*

# APPELLEES' UNOPPOSED JOINT MOTION
# TO EXTEND BRIEFING SCHEDULE

Pursuant to 11th Circuit Rules 26-1 and 31-2, and Federal Rule of Appellate Procedure 26(b), Appellees in (1) *Hispanic Federation v. Florida Secretary of State*, 24-11892 (11th Cir. 2024), and (2) *Florida State Conference of Branches & Youth Units of the NAACP v. Florida Secretary of State*, 25-12813 (11th Cir. 2025), by and through undersigned counsel, respectfully jointly request that the Court extend Appellees' deadline to file their response briefs by 14 days. Counsel for Appellees consulted counsel for Appellants, and Appellants do not oppose the request. In support thereof and for good cause shown, Appellees state as follows:

1.    This consolidated appeal concerns two final orders. First, *Hispanic Federation* was resolved at summary judgment. That summary judgment order was appealed, and this Court stayed the appeal pending the resolution of *NAACP*. 24-11892, Doc. 34 (11th Cir. Aug. 27, 2024). Second, on August 8, 2025 the district court issued a final order on the merits following a bench trial in *NAACP*. That final order was appealed on August 15. Given the overlapping issues, this Court then consolidated the two appeals.

2.    Appellants filed their initial brief on October 31, 2025.

3.    Pursuant to a first extension of time, Appellees' briefs are currently due on December 31, 2025.

1

4.     Appellees respectfully request a 14-day extension of time to file their response briefs. In light of this consolidated appeal, Appellees wish to coordinate briefing, including to consider joining other Appellees' briefing to streamline the arguments for this Court's review. Because a significant portion of the briefing period falls during the holiday period when multiple counsel will be out of the office and when multiple of counsel's offices close for end-of-year breaks, Appellees require additional time to coordinate their responses.

5.     On December 19, 2025, undersigned counsel contacted counsel for Appellants via email to determine their position on this motion. Appellants' counsel indicated they did not oppose the request for the 14-day extension.

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains **320** words, excluding the parts that can be excluded. This document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for NAACP Appellees*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered to receive notifications.

/s/ <u>*Frederick S. Wermuth*</u>
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for NAACP Appellees*