Nos. 24-11892; 25-12813 (Consolidated)

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,

*Plaintiffs-Appellees,*

v.

CORD BYRD, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of Florida

**PLAINTIFFS'-APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Frederick S. Wermuth
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
(407) 422-2472

Abha Khanna
ELIAS LAW GROUP LLP
1700 Seventh Ave,
Suite 2100
Seattle, WA 98101
(206) 656-0177

Julie Zuckerbrod
Julianna Astarita
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20002
(202) 968-4490

*Counsel for Plaintiffs-Appellees Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, and Esperanza Sánchez*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Appellees Florida State Conference of Branches of Youth Units of the NAACP, Voters of Tomorrow Action, Inc., Disability Rights Florida, Alianza for Progress, Alianza Center, UnidosUS, Florida Alliance for Retired Americans, Santiago Mayer Artasanchez, Esperanza Sánchez, Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, and Norka Martinez certify that the following have an interest in the outcome of this case:

1. ACLU Foundation of Florida, *Attorneys for Plaintiffs-Appellees*

2. Adkins, Janet H., *Defendant*

3. Alachua County Attorney's Office, *Attorneys for Defendant*

4. Alianza Center, *Plaintiff-Appellee*

5. Alianza for Progress, *Plaintiff-Appellee*

6. Alicea, Delmarie, *Attorney for Plaintiffs-Appellees*

7. American Civil Liberties Union Foundation, *Attorneys for Plaintiffs-Appellees*

8. Andersen, Mark, *Former Defendant*

9. Anderson, Chris, *Former Defendant*

10. Anderson, Shirley, *Defendant*

11. Arnold & Porter Kaye Scholer LLP, *Attorneys for Plaintiffs-Appellees*

12. Arnold, Melissa, *Former Defendant*

C-1

13. Arrington, Mary Jane, *Defendant*

14. Artasanchez, Santiago, *Former Plaintiff*

15. Astarita, Julianna*, Attorney for Plaintiffs-Appellees*

16. Babis, Olivia, *Declarant for Plaintiffs-Appellees*

17. Baird, Maureen, *Defendant*

18. Bardos, Andy, *Attorney for Defendants*

19. Barton, Kim, *Defendant*

20. Bell, Melony, *Defendant*

21. Bender, Robert, *Defendant*

22. Bennett, Michael, *Former Defendant*

23. Bentley & Bruning, *Attorneys for Defendants*

24. Bentley, Morgan R., *Attorney for Defendants*

25. Blazier, Melissa, *Defendant*

26. Bledsoe, William, *Attorney for Defendant*

27. Bobanic, Tim, *Defendant*

28. Boettcher, Ellen, *Attorney for Plaintiffs*

29. Brazil & Dunn, *Attorneys for Plaintiffs in Consolidated Case*

30. Broward County Attorney's Office, *Attorneys for Defendant*

31. Byrd, Cord, Florida Secretary of State, *Defendant-Appellant*

32. Campaign Legal Center, *Attorneys for Plaintiffs in Consolidated Case*

33. Campbell-Harris, Dayton, *Attorney for Plaintiffs-Appellees*

34. Cannon, Starlet, *Former Defendant*

35. Castor Dentel, Karen, *Defendant*

36. Cededa Derieux, Adriel, *Attorney for Plaintiffs-Appellees*

37. Chaires, Darbi, *Defendant*

38. Chambless, Chris H., *Defendant*

39. Chason, Sharon, *Defendant*

40. Conyers, Grant, *Defendant*

41. Copper, Alexandra, *Attorney for Plaintiffs*

42. Corley, Brian, *Defendant*

43. Cowles, Bill, *Former Defendant*

44. Cruz, Roberto, *Attorney for Plaintiffs-Appellees*

45. Darlington, Andrew, *Declarant for Defendants-Appellants*

46. Darus, Lisa, *Defendant*

47. Davis, Ashley, *Attorney for Defendant-Appellant*

48. Davis, Vicki, *Defendant*

49. Demos, Neda Afsharian Khoshkoo, *Attorneys for Plaintiffs-Appellees*

50. Diaz, Jonathan Michael, *Attorney for Plaintiffs*

51. Disability Rights Florida, *Plaintiff-Appellee*

52. Doe, A, *Former Plaintiff*

53. Doe, B, *Former Plaintiff*

54. Doyle, Tommy, *Defendant*

C-3

55. Driggers, Heath, *Defendant*

56. Druks, Roni, *Attorney for Plaintiffs-Appellees*

57. Dunaway, Carol A., *Defendant*

58. Dunn, Chad Wilson, *Attorney for Plaintiffs*

59. Earley, Mark, *Defendant*

60. Ebenstein, Julie, *Attorney for Plaintiffs-Appellees*

61. Edwards, Lori, *Former Defendant*

62. Elliot, Monica, *Declarant for Plaintiffs*

63. Equal Ground Education Fund, *Former Plaintiff*

64. Erdelyi, Susan, *Attorney for Defendants*

65. Escambia County Attorney's Office, *Attorneys for Defendant*

66. Farnam, Aletris, *Defendant*

67. Farrington, Scott, *Defendant*

68. Ferguson, Robert, *Attorney for Plaintiffs*

69. Fitzpatrick, Martin A., *U.S. Magistrate Judge*

70. Florez, Johana, *Declarant for Plaintiffs*

71. Florida Alliance for Retired Americans, *Plaintiff-Appellee*

72. Florida Attorney General's Office, *Attorneys for Defendant-Appellant*

73. Florida Department of State, *Attorneys for Defendant-Appellant*

74. Florida State Conference of Branches and Youth Units of the NAACP, *Plaintiff-Appellee*

75. Freedman, John A., *Attorney for Plaintiffs-Appellees*

C-4

76. Galindo, Miranda, *Attorney for Plaintiffs-Appellees*

77. Garcia, Alina, *Defendant*

78. Gardner, Bist, Bowden, Dee, LaVia, Wright, Perry & Harper, P.A., *Attorneys for Defendants*

79. GrayRobinson PA, *Attorneys for Defendants*

80. Griffin, Joyce, *Former Defendant*

81. Hankins, Christi J., *Attorney for Defendant*

82. Hanlon, John, *Defendant*

83. Hanson, Corbin, *Attorney for Defendant*

84. Hart, Travis, *Defendant*

85. Hass, Brian, *Defendant*

86. Hays, Alan, *Defendant*

87. Healy, Karen, *Defendant*

88. Henderson, Franklin, Starnes & Holt, P.A., *Attorneys for Defendants*

89. Hernando County Attorney's Office, *Attorneys for Defendant*

90. Herrera-Lucha, Veronica, *Former Plaintiff*

91. Herron, Mark, *Attorney for Defendant*

92. Hillsborough County Attorney's Office, *Attorneys for Defendant*

93. Hispanic Federation, *Former Plaintiff*

94. Hodies, Sherri, *Defendant*

95. Hogan, Mike, *Former Defendant*

96. Holland, Jerry, *Defendant*

C-5

97. Holtzman Vogel Baran Torchinsky & Josefiak, *Attorneys for Defendant-Appellant*

98. Hoots, Brenda, *Defendant*

99. Hutto, Laura, *Defendant*

100. Jarone, Joseph, *Attorney for Defendant*

101. Jazil, Mohammad, *Attorney for Defendant-Appellant*

102. Jonas, Sarah L., *Attorney for Defendant*

103. Jones, Tammy, *Defendant*

104. Joshi, Raghav Vikas, *Declarant for Plaintiffs-Appellees*

105. Jouben, Jon A., *Attorney for Defendants*

106. Kahn, Jared D., *Attorney for Defendant*

107. Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

108. Katzman, Adam, *Attorney for Defendant*

109. Keen, William, *Defendant*

110. Keenan, Megan Christine, *Attorney for Plaintiffs-Appellees*

111. Khanna, Abha, *Attorney for Plaintiffs-Appellees*

112. King, Blackwell, Zehnder & Wermuth P.A., *Attorneys for Plaintiffs-Appellees*

113. Kinsey, Jennifer, *Defendant*

114. Klitsberg, Nathaniel A., *Attorney for Defendant*

115. Knight, Shirley, *Defendant*

116. Lakin, Sophia Lin, *Attorney for Plaintiffs-Appellees*

117.    Lang, Danielle Marie, *Attorney for Plaintiffs*

118.    Lapinig, Christopher, *Attorney for Plaintiffs*

119.    Latimer, Craig, *Defendant*

120.    LatinoJustice PRLDEF, *Attorneys for Plaintiffs-Appellees*

121.    Lavancher, Denise, *Defendant*

122.    Lavia III, John T., *Attorney for Defendant*

123.    League of Women Voters of Florida Education Fund, Inc., *Plaintiff*

124.    League of Women Voters of Florida, Inc., *Plaintiff*

125.    Leeper, Simone T., *Attorney for Plaintiffs*

126.    Leinhart, Kaitlyn, *Defendant*

127.    Lenhart, Kaiti, *Former Defendant*

128.    Lewis, Lisa, *Defendant*

129.    Link, Wendy, *Defendant*

130.    Lux, Paul A., *Defendant*

131.    Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

132.    Marcus, Julie, *Defendant*

133.    Mari, Frank M., *Attorney for Defendant*

134.    Markarian, David K., *Attorney for Defendant, Supervisor of Elections of Palm Beach County*

135.    Marks Gray P.A., *Attorneys for Defendants*

136.    Martinez, Norka, *Former Plaintiff*

137.    May, David, *Defendant*

C-7

138.    McCrory, Hill, *Declarant for Plaintiffs*

139.    McNamara, Caroline A., *Attorney for Plaintiffs-Appellees*

140.    Meadows, Therisa, *Former Defendant*

141.    Messer Caparello  P.A., *Attorneys for Defendant*

142.    Messer, Ryan, *Defendant*

143.    Miami-Dade Supervisor of Elections Office, *Attorneys for Defendant*

144.    Milligan, Michelle, *Defendant*

145.    Milton, Christopher, *Defendant*

146.    Mobley, Valerie, *Declarant for Plaintiffs*

147.    Morgan, Joseph R., *Defendant*

148.    Morse, Stephanie A., *Attorney for Defendant-Appellant*

149.    Nabors Giblin & Nickerson P.A., *Attorneys for Defendant*

150.    Negley, Mark, *Former Defendant*

151.    Nguyen, Phi, *Attorney for Plaintiffs-Appellees*

152.    Nordlund, Jared, *Declarant for Plaintiffs-Appellees*

153.    Nweze, Adora Obi, *Declarant for Plaintiffs-Appellees*

154.    O'Donnell, Renata, *Attorney for Plaintiffs-Appellees*

155.    Oakes, Vicky, *Defendant*

156.    Ochoa, Victoria, *Attorney for Plaintiffs-Appellees*

157.    Office of the General Counsel, City of Jacksonville, *Attorneys for Defendant*

158.    Olivo III, Geraldo F., *Attorney for Defendants*

C-8

159.     Ortega, Michael, *Attorney for Plaintiffs*

160.     Osbourne, Deborah, *Former Defendant*

161.     Overturf, Charles, *Defendant*

162.     Pennock, Amy, *Defendant*

163.     Pettis, Deidra, *Defendant*

164.     Pico, Elizabeth, *Plaintiff-Appellee*

165.     Pierce, Rhonda, *Defendant*

166.     Pinellas County Attorney's Office, *Attorneys for Defendant*

167.     Pinkstaff, Tiffiny Douglas, *Attorney for Defendant*

168.     Poder Latinx, *Former Plaintiff*

169.     Prieto, Humberto Orjuela, *Plaintiff-Appellee*

170.     Reynolds Perez, Devona, *Attorney for Defendant*

171.     Riley, Heather, *Former Defendant*

172.     Roper, Townsend & Sutphen, P.A., *Attorneys for Defendants*

173.     Rosenthal, Oren, *Attorney for Defendant*

174.     Rudd, Carol F., *Former Defendant*

175.     Ruiz, Cesar Z., *Attorney for Plaintiffs-Appellees*

176.     Rutahindurwa, Makeba, *Attorney for Plaintiffs-Appellees*

177.     Sanchez, Connie, *Defendant*

178.     Sanchez, Esperanza, *Former Plaintiff*

179.     Schenck, Robert S., *Attorney for Defendant-Appellant*

180.    Scott, Dale, *Attorney for Defendant*

181.    Scott, Joe, *Defendant*

182.    Seyfang, Amanda, *Defendant*

183.    Shaud, Matthew R., *Attorney for Defendant*

184.    Slater, Cynthia, *Declarant for Plaintiffs-Appellees*

185.    Smith, Diane, *Defendant*

186.    Southerland, Dana, *Defendant*

187.    Stafford, David, *Former Defendant*

188.    Stafford, William, *Attorney for Defendant-Appellant*

189.    Stewart, Gregory T., *Attorney for Defendant*

190.    Stinson-Brown, Tomi, *Defendant*

191.    Swain, Robert C., *Attorney for Defendant*

192.    Swan, Leslie R., *Defendant*

193.    Taghdiri, Pausha, *Attorney for Defendants*

194.    Tartaglia, Melissa A., *Attorney for Defendants*

195.    Taylor, Sherry, *Defendant*

196.    Tessitore Mari Scott PLLC, *Attorneys for Defendant*

197.    Tilley, Daniel B., *Attorney for Plaintiffs-Appellees*

198.    Todd, Stephen M., *Attorney for Defendant*

199.    Turner, Ron, *Defendant*

200.    UnidosUS, *Plaintiff-Appellee*

201.    Uthmeier, James, Florida Attorney General, *Defendant-Appellant*

202.    Valenti, Leah, *Defendant*

203.    Vilar, Marcos, *Declarant for Plaintiffs-Appellees*

204.    Villane, Tappie, *Defendant*

205.    Volusia County Attorney's Office, *Attorneys for Defendant*

206.    Voters of Tomorrow Action, Inc., *Plaintiff-Appellee*

207.    Walker, Gertrude, *Defendant*

208.    Walker, Mark E., *U.S. District Court Judge*

209.    Ward, Nina, *Defendant*

210.    Warren, Nicholas, *Attorney for Plaintiffs-Appellees*

211.    Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

212.    Wertz, Debbie, *Defendant*

213.    White, Christina, *Former Defendant*

214.    Wilcox, Wesley, *Defendant*

215.    Williams, H. Russell, *Defendant*

216.    Williams, Kenya, *Defendant*

217.    Wyler, Douglas, *Attorney for Defendants*

Per Circuit Rule 26.1-2(c), Appellees certify that the CIP contained herein is complete.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for NAACP Appellees*

C-11

## CERTIFICATE OF COMPLIANCE

This response complies with Fed. R. App. P. 32 because it has been prepared in a proportionally spaced typeface, 14-point Times New Roman.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for NAACP Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered to receive notifications.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
*Counsel for NAACP Appellees*