No. 24-11892 (consolidated with 25-12813)

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Hispanic Federation, et al.*,
Plaintiffs-Appellees,

v.

*Florida Secretary of State, et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, Nos. 4:23-cv-215-MW-MAF, 4:23-cv-216-MW-MAF, and 4:23-cv-218-MW-MAF
(Walker, J.)

# MOTION TO WITHDRAW
# AS COUNSEL

| | |
|---|---|
| Robert Schenck | Mohammad O. Jazil |
| Stephanie Morse | HOLTZMAN VOGEL BARAN |
| OFFICE OF THE ATTORNEY GENERAL | TORCHINSKY & JOSEFIAK PLLC |
| PL-01, The Capitol | 119 South Monroe Street, Suite 500 |
| Tallahassee, Florida 32399 | Tallahassee, Florida 32301 |
| (850) 414-3785 | (850) 274-1690 |
| | |
| *Counsel for the Florida Attorney General* | *Counsel for the Florida Secretary of State* |

## MOTION TO WITHDRAW AS COUNSEL

I, Robert Scott Schenck, respectfully request leave to withdraw as counsel for the Florida Attorney General. I will leave the Office of the Attorney General on January 21, 2026. The Florida Attorney General will continue to be represented by Stephanie Morse.

Dated: January 21, 2026                    JAMES UTHMEIER
                                                                    *Attorney General*

                                                          /s/ Robert S. Schenck
Robrt Schenck
   DEPUTY SOLICITOR GENERAL
Stephanie Morse
   SPECIAL COUNSEL
Complex Litigation Division
OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, Florida 32399
Robert.Schenck@myfloridalegal.com
Stephanie.Morse@myfloridalegal.com
ComplexLitigation@myfloridalegal.com
(850) 414-3785

*Counsel for Defendant-Appellant Florida Attorney General*

**CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 46 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

*/s/ Robert S. Schenck*
Deputy Solicitor General

**CERTIFICATE OF SERVICE**

I certify that on January 21, 2026, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Robert S. Schenck*
Deputy Solicitor General
